# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SAID M. DIRIR,                                               Civil No. 06-3450 (JRT/FLN)

        Plaintiff,

v.                                                            **ORDER**

ENTERPRISE RENT-A-CAR.,

        Defendant.

---

Ann L. Bottolene, **LUNDEEN LAW OFFICES**, 3960 Minnehaha Avenue South, Minneapolis, Minnesota 55406, for plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 7, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.

DATED: March 8, 2007                               s/John R. Tunheim
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                            United States District Judge